UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN SPORTS CLUB FULLERTON, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SCOTTSDALE INDEMNITY COMPANY,<br><br>Defendant. | Case No. 14-cv-02661-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

# PRETRIAL SCHEDULE

| | |
|---|---|
| Compliance Hearing re name of mediator | 12/12/14 at 9:01am |
| | Joint Statement filed 12/5/14 |
| REFERRED FOR PRIVATE MEDIATION TO BE COMPLETED BY: | March 31, 2015 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | With Court Approval |
| NON-EXPERT DISCOVERY CUTOFF: | May 29, 2015 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: May 13, 2015<br>Rebuttal: May 29, 2015 |
| EXPERT DISCOVERY CUTOFF: | June 30, 2015 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | March 31, 2015  [Filed by 2/24/15] |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, July 10, 2015 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | July 17, 2015 |
| PRETRIAL CONFERENCE: | Friday, July 31, 2015 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, August 24, 2015 at 8:30 a.m. for 5 days (Jury Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

1  Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet
2  and confer at least twenty-one (21) days in advance of the Pretrial Conference.  The compliance
3  hearing on Friday, July 10, 2015 at 9:01 a.m. is intended to confirm that counsel have timely met
4  and conferred as required by the Pretrial Instructions.  The compliance hearing shall be held in the
5  Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.  Five (5) business
6  days prior to the date of the compliance hearing, the parties shall file a one-page JOINT
7  STATEMENT confirming they have complied with this requirement or explaining their failure to
8  comply.  If compliance is complete, the parties need not appear and the compliance hearing will be
9  taken off calendar.  Telephonic appearances will be allowed if the parties have submitted a joint
10  statement in a timely fashion.  Failure to do so may result in sanctions.
11  As set forth above, the parties are REFERRED to private mediation.  The parties shall provide the
12  Court with the name of an agreed-upon mediator by December 5, 2014 by filing a JOINT Notice.
13  A compliance hearing regarding shall be held on Friday, December 12, 2014 on the Court's
14  9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in courtroom
15  1.  By  December 5, 2014, the parties shall file either the JOINT Notice or a one-page JOINT
16  STATEMENT setting forth an explanation for their failure to comply.  If compliance is complete,
17  the parties need not appear and the compliance hearing will be taken off calendar.  Telephonic
18  appearances will be allowed if the parties have submitted a joint statement in a timely fashion.]
19        The parties must comply with both the Court's Standing Order in Civil Cases and Standing
20  Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All
21  Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.
22  **IT IS SO ORDERED.**
23  Dated: October 31, 2014

                                                     _____
                                                YVONNE GONZALEZ ROGERS
                                                United States District Judge

United States District Court
Northern District of California