UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MERIDIAN SPORTS CLUB FULLERTON, LLC**, <br><br>          Plaintiff, <br><br>     v. <br><br> **SCOTTSDALE INDEMNITY COMPANY**, <br><br>          Defendant. | Case No. 14-cv-02661-YGR <br><br> **ORDER RELIEVING PARTIES OF PRE-FILING CONFERENCE REQUIREMENT** |

The Court is in receipt of the parties' summary judgment pre-filing letters.  (Dkt. No. 25, 26.)  Due the Court's current hearing schedule and limitations on the Court's availability, the parties are relieved of the pre-filing conference requirement.

**IT IS SO ORDERED.**

Dated: February 10, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**