UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN SPORTS CLUB FULLERTON, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>SCOTTSDALE INDEMNITY COMPANY, an Ohio Corporation,<br><br>    Defendant. | Case No. 14-cv-02661-HSG<br><br>**CLERK'S JUDGMENT**<br><br>Re: Dkt. No. 41 |

Judgment is hereby entered in favor of Plaintiff MERIDIAN SPORTS CLUB FULLERTON, LLC ("MERIDIAN") against Defendant SCOTTSDALE INDEMNITY COMPANY in the lump sum amount of One Hundred and Fifty Thousand Dollars and Zero Cents ($150,000.00).

Dated at San Francisco, California, this 17th day of March, 2015.

RICHARD W. WIEKING
Clerk of Court

By: 
    Deputy Clerk